

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN TIMOTHY MOTEN,<br><br>        Defendant,<br>_____/ | Case: 4:24-cr-20538<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 09-25-2024<br>SEALED MATTER (TT)<br><br>Violations:<br>21 U.S.C. § 841(a)<br>18 U.S.C. § 922(g)(1) |

**FILED**
SEP 25 2024
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**
21 U.S.C. § 841(a)(1)
*Possession with Intent to Distribute a Controlled Substance*

On or about February 26, 2024, in the Eastern District of Michigan, Southern Division, defendant JOHN TIMOTHY MOTEN knowingly and intentionally possessed with intent to distribute a controlled substance, that is, a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule 2 controlled substance; a mixture or substance containing a detectable amount of cocaine, a Schedule 2 controlled substance; a mixture or substance containing a detectable amount of cocaine base, a Schedule 2 controlled substance; a mixture or substance

1

containing a detectable amount of buprenorphine, commonly known as Suboxone, a Schedule 3 controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm and Ammunition*

On or about February 26, 2024, in the Eastern District of Michigan, Southern Division, defendant JOHN TIMOTHY MOTEN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm and ammunition, that is, a Taurus, PT709, 9mm caliber pistol and ten rounds of 9mm caliber ammunition; and a Glock, Model 27, .40 caliber pistol and twenty three rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about February 26, 2024, in the Eastern District of Michigan, Southern Division, defendant JOHN TIMOTHY MOTEN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, ammunition, specifically seventy-

five rounds of miscellaneous ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d)(1)
*Forfeiture of Firearms and Ammunition*

The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Counts One, Two, or Three, JOHN TIMOTHY MOTEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense.

THIS IS A TRUE BILL.

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
Anthony P. Vance
Chief, Branch Offices

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney

Dated: September 25, 2024

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☑ No | AUSA's Initials: JMD |

Case Title: USA v. JOHN TIMOTHY MOTEN

County where offense occurred : GENESEE

Check One:     ☑ Felony          ☐ Misdemeanor          ☐ Petty

    X Indictment/____Information --- **no prior complaint.**
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 25, 2024
    Date

*Jules M. DePorre*
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013